IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-01581-MSK

WALEED MOHAMED SIRRAG,

      Plaintiff,

v.

ERIC HOLDER, Attorney General of the United States of America;
JANET NAPOLITANO, Secretary, Department of Homeland Security;
MICHAEL AYTES, Deputy Director, U.S. Citizenship and Immigration Services;
ROBERT MATHER, Director, Denver Office, U.S. Citizenship and Immigration Services,

      Defendants.

**ORDER SETTING LAW AND MOTION HEARING
WITH REGARD TO COMPLAINT FOR WRIT OF MANDAMUS**

**THIS MATTER** comes before the Court pursuant to the Plaintiff's Complaint for Writ of Mandamus (**#1**). The Court will conduct a **non-evidentiary** hearing on **October 6, 2009,** at **4:00 p.m.** to address the above-referenced Complaint.

The docket does not indicate whether the Plaintiff has yet served the Summons and Complaint on the Defendants. If such service has yet to occur, the Plaintiff shall effectuate service on the Defendants no later than **August 10, 2009**, or show cause why such service cannot promptly be effectuated.

If properly served with the Summons and Complaint, the Defendants shall file a response **30 days from the date of service**.

Counsel may appear at this hearing by telephone. To appear telephonically, counsel and any *pro se* parties shall contact the Courtroom Deputy at **303-335-2185** no later than two court

days before the hearing to make arrangements.

DATED this 9th day of July, 2009.

**BY THE COURT:**

_____
Marcia S. Krieger
United States District Judge