**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

| | |
|---|---|
| Courtroom Deputy:   Patricia Glover<br>Court Reporter:      Paul Zuckerman | Date: October 6, 2009 |

Civil Action No. 09-cv-01581-MSK

| *Parties*: | *Counsel Appearing:* |
|---|---|
| WALEED MOHAMED SIRRAG, | Bobbi Masters |
| Plaintiff, | |
| v. | |
| ERIC HOLDER, Attorney General of the United States of America;<br>JANET NAPOLITANO, Secretary, Department of Homeland Security;<br>MICHAEL AYTES, Deputy Director, U.S. Citizenship and Immigration Services;<br>ROBERT MATHER, Director, Denver Office, U.S. Citizenship and Immigration Services, | Timothy Jafek<br>Christopher Dempsey |
| Defendants. | |

**COURTROOM MINUTES**

HEARING:   Motions

**4:01 p.m.       Court in session.**

The Court addresses case status.

Statement by plaintiff's counsel.

The Court addresses plaintiff's Motion to Dismiss (**Doc. #15**).

The defendants have no objection to the motion.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

**ORDER:** Plaintiff's Motion to Dismiss (**Doc. #15**) is **GRANTED** and the case will be closed.

**4:05 p.m.** Court in recess.

**Total Time:** 4 minutes.
**Hearing concluded.**